IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>   v.<br><br>Case W. Knowles,<br><br>        Defendant.<br>_____ | 2:11-cv-03278-GEB-JFM<br><br>ORDER CONTINUING STATUS <u>(PRETRIAL SCHEDULING) CONFERENCE</u> |

       Plaintiff states in his Status Report filed on March 11, 2012, that "Plaintiff and Defendant are in settlement negotiations." (ECF No. 7, 1:16-17.) However, Defendant has not yet appeared in this action, and Plaintiff does not indicate what steps he will take to prosecute this action if a settlement is not reached.

       In the event a settlement is not reached, Plaintiff shall take the steps necessary to prosecute this action as a default matter. No later than April 30, 2012, Plaintiff shall either file whatever documents are required to prosecute this case as a default matter or show cause in a filing why the action should not be dismissed for failure of prosecution.

       Further, the status conference scheduled for hearing on March 26, 2012, is continued to commence at 9:00 a.m. on July 9, 2012. A status report shall be filed fourteen (14) days prior to the status

1

1 | conference in which Plaintiff is required to explain the status of the
2 | default proceedings.
3 |         IT IS SO ORDERED.
4 | Dated:  March 16, 2012

*[signature]*
GARLAND E. BURRELL, JR.
United States District Judge