IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,              ) | |
|                                ) | 2:11-cv-03278-GEB-JFM |
|         Plaintiff,             ) | |
|                                ) | |
|    v.                          ) | ORDER CONTINUING STATUS |
|                                ) | (PRETRIAL SCHEDULING) |
| Case W. Knowles,               ) | CONFERENCE |
|                                ) | |
|         Defendant.             ) | |
| _____  ) | |

        Plaintiff states in his Status Report filed on March 11, 2012, that "Plaintiff and Defendant are in settlement negotiations." (ECF No. 7, 1:16-17.) However, Defendant has not yet appeared in this action, and Plaintiff does not indicate what steps he will take to prosecute this action if a settlement is not reached.

        In the event a settlement is not reached, Plaintiff shall take the steps necessary to prosecute this action as a default matter. No later than April 30, 2012, Plaintiff shall either file whatever documents are required to prosecute this case as a default matter or show cause in a filing why the action should not be dismissed for failure of prosecution.

        Further, the status conference scheduled for hearing on March 26, 2012, is continued to commence at 9:00 a.m. on July 9, 2012. A status report shall be filed fourteen (14) days prior to the status

1  conference in which Plaintiff is required to explain the status of the
2  default proceedings.
3      IT IS SO ORDERED.
4  Dated:  March 16, 2012

6  _____
   GARLAND E. BURRELL, JR.
7  United States District Judge