IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>Mary Ann Rabo Gregg, Individually and d/b/a Lavender Blue Flowers & Gifts; Marjorie A. Merrifield, Individually and d/b/a Gashouse Pizza Take N Bake; Patrick A. Merrifield, Individually and d/b/a Gashouse Pizza Take N Bake; April Angel, Individually and d/b/a Chatterbox Café; Clark Hays Knowles, Individually and as Trustee of the Clark Hays Knowles and Dorothy Bass Knowles Trust; Dorothy Bass Knowles, Individually and as Trustee of the Clark Hays Knowles and Dorothy Bass Knowles Trust; Selina Marie Williams, Individually and d/b/a Red Rooster Café; Barbara J. Weibel, Individually and as Trustee of the Barbara J. Weibel Living Trust dated 10/21/2003, <br><br>　　　　Defendants.* <br>_____ | 2:11-cv-03278-GEB-JFM <br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

　　　　Plaintiff states in his Status Report filed on May 29, 2012, that "[t]he parties are currently in settlement negotiations and a notice of settlement will be filed by June 4, 2012." (ECF No. 11, 1:16-

---

　　　　* The caption has been amended in accordance with Plaintiff's dismissal of Hisham Anwar. See ECF No. 8.

1

19.) However, Defendants have not yet appeared in this action, and Plaintiff does not indicate what steps he will take to prosecute this action if a settlement is not reached.

In the event a settlement is not reached, Plaintiff shall take the steps necessary to prosecute this action as a default matter. No later than July 20, 2012, Plaintiff shall either file whatever documents are required to prosecute this case as a default matter or show cause in a filing why the action should not be dismissed for failure of prosecution.

Further, the status conference scheduled for hearing on June 11, 2012, is continued to commence at 9:00 a.m. on September 17, 2012. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated:  June 5, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge